Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Ft. Myers Division

PROVIDED TO HAMILTON CI
MAR 24 2023
RECEIVED BY ___ /m
FOR MAILING

Julio Nehomar Rosa DC#Y32426
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

Senior United States District Judge
John E. Steele  Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)  Case No. _____
)  (to be filled in by the Clerk's Office)
)
)  Purdy, Jolly, Gioffreda, Barranco & Jisa P.A
)  Ft. Lauderdale Fl.
)
)  Collier County Sheriff office
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Julio Nehemar Rosa
   All other names by which you have been known:
   ID Number: DC#Y32426
   Current Institution: Hamilton Correctional Institution (Annex)
   Address: 10650 SW 46th St.
   Jasper    FL    32052
   City      State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: John E. Steele
   Job or Title (if known): Senior United States District Judge
   Shield Number:
   Employer: United States District Court (Federal Building)
   Address: 2110 First Street
   Fort Myers    FL    33901
   City          State    Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Purdy, Jolly, Giuffreda, Barranco & Jisa
   Job or Title (if known): Private Attorney
   Shield Number:
   Employer: Purdy, Jolly, Giuffreda & Barranco P.A
   Address: 2455 E. Sunrise Blvd ste. 1216
   Ft. Lauderdale    FL    33304
   City              State    Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Collier County Sheriff Office
Job or Title (if known): Agency Police Department
Shield Number:
Employer: Collier County Sheriff Office
Address: 3301 E. Tamiami Trail Bldg J
Naples, FL, 34112
City, State, Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City, State, Zip Code

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) alleging violation 1st Amendment of the United States Constitution "Freedom of Speech, religion.
2) alleging violation 5th Amendment of the United States Constitution "Due Process"
3) alleging violation 9th Amendment of the United States Constitution "No Government shall vest upon person

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Federal Criminal Code 18 U.S.C 61. Federal RICO Act. Racketeering Influenced Corruption Organization.

Page 3 of 11

Basis for Jurisdiction

B.

4) Alleging 14th Amend U.S.C Violation "Denial Equal Protection"
5) Alleging Florida Rico Act
6) Alleging Fraud and Conspiracy to Defraud claims 18 USCA §§ 286-287; 31 USCA 3729-3733
7) Alleging False claims Act (FCA) 31 U.S.C. 3729
8) Alleging Misleading and false advertisement. Under §43(a) of the Lanham Act.
9) Alleging Gross negligence
10) Alleging Defamation. libel. slander
11) Alleging Malicious Prosecution 777. F.S
12) Alleging Violation Copyright Act. Section 412 (c) U.S.C. 5412
13) Alleging violation Pursuant to the Colentz Agreement.
14) Alleging Violation "Abuse of Process" 24 [1962]
15) Fraud
16) Alleging violation of Fla. stat. 501.202 "FDUTPA".
17) Alleging violation of Fla. stat. 768.28 (9)(a)
18) Breach of Fiduciary Duty
19) Corruption
20) Obstruction of Justice
21) Alleging Murder

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under color of state law, Defendant violated State, Federal RICO Act. Malicious Prosecution statute 777 F.S., False Claim Act (FCA) 31 U.S.C. 3729

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On October 14, 2020 Senior United States District Judge John E. Steele. Amended opinion And order to correct a Scriveners error NOT adding the name of the Defendant. Sgt Patrick To the ordered clause granting the Motion for Summary Judgment.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IV. STATEMENT OF CLAIM

A.

<u>Senior United States District Judge John E. Steele</u>

Defendant where acting on behalf of various entities. Defendant agreed and conspired through a pattern of racketeering activity that they committed willful or knowing conduct knowgly that the order clause was missing Sgt. Patrick McManus name and failure to dispose the claims against him.

<u>Purdy, Jolly, Giuffreda, Barranco & Jisa P.A</u>

Defendants were acting on behalf of various entities. Defendant agreed and conspired through a pattern of racketeering activity that they committed willful or knowing conduct knowgly that the order clause was missing Sgt. Patrick McManus name and failure to dispose the claims against him.

<u>Collier County Sheriff office</u>

Defendants were acting on behalf of various entities. Defendants agreed and conspired through a pattern of racketeering activity and acts involving Murder, Kidnapping.

C. What date and approximate time did the events giving rise to your claim(s) occur?

2017

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On April 5, 2019. Senior District Judge John E. Steele Amended opinion and order and forgot to add the defendant Sgt. Patrick McManus name and failed to dispose the claims against him. The court error without giving the Defendants leave to amend and by doing so committed Scrivener's error, reversible error.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Intentional infliction of emotional distress Mental Anguish, emotional/mental discomfort significantly interfere with his day to day routine. I feel I am experiencing an emergency condition causing me severe emotional/mental stress. My condition presents mental health emergency which consist of: 1) Mental Health screening and evaluations. 2) Crisis intervention 3) Individual counseling 4) Group counseling 5) Case management 6) Psychiatric consultation and care 7) Referral for higher level of care.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Plaintiff request due to his mental anguish damages and damages suffered by The Defendants he seeks $300,000,000 = THREE HUNDRED MILLION DOLLARS

2) Plaintiff request due to his constitutional violation and state, Federal laws, local laws ordinance, policy violation he seek punitive damages of $700,000,000 = SEVEN HUNDRED MILLION DOLLARS.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hamilton Correctional Institution. 10650 S.W. 46 St. Jasper, Fl 32052

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[ ] Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Claims arose in the United state District court (M.D) of Florida

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Julio Nehemar Rosa
   Defendant(s)   Matthew Kinney, r

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court Middle District of Florida

3. Docket or index number
   2:17-CV-177-FtM 99MRM

4. Name of Judge assigned to your case
   John E. Steele

5. Approximate date of filing lawsuit
   2017

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.   2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   Granting summary Judgment to The defendants.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/21/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Julio Newmar Rosa
Prison Identification #: Y32426
Prison Address: Hamilton Corr. Inst. (Annex) 10650 S.W 46th St.
Jasper, Fl. 32052
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____